

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00401-CV

| | | |
|---|---|---|
| IN RE PATRICIA HARVEY AND KENNETH B. CHAIKEN, Relators | § | Original Proceeding |
| | § | 431st District Court of Denton County, Texas |
| | § | Trial Court No. 22-5037-431 |
| | § | December 14, 2023 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and all responsive filings and holds that the petition should be conditionally granted in part. We deny Relators Patricia Harvey and Kenneth B. Chaiken's petition in part to the extent it requests us to compel the trial court to vacate the sanctions order. We conditionally grant Relators' petition for writ of mandamus in part and direct the trial court to enter a new order either (1) providing that the $30,000 sanction is payable only at a date that coincides with or follows entry of a final order terminating the litigation or (2) including express written findings explaining *why* ordering that the

$30,000 sanction be payable before the entry of a final judgment does not preclude Relators' access to the courts. We are confident that the trial court will comply with this order. The writ will issue only if the trial court fails to comply within twenty days of this opinion. The temporary stay that this court issued on October 25, 2023, is ordered dissolved upon the trial court's compliance with this court's order in this opinion. All other requested relief is denied.

It is further ordered that each party shall bear their own costs of this original proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr